MICHAEL R. AYERS, ESQ.
Nevada Bar No. 10851
CHRISTOPHER LUND, ESQ.
Nevada Bar No. 12435
CHEYENNE A. KIDD, ESQ.,
Nevada Bar No. 16559
**GORDON REES SCULLY MANSUKHANI, LLP**
300 South Fourth Street, Suite 1550
Las Vegas, Nevada 89101
Telephone: (702) 577-9300
Facsimile: (702) 255-2858
Email: mayers@grsm.com
tlund@grsm.com
ckidd@grsm.com

*Attorneys for Defendant*
*HELP OF SOUTHERN NEVADA*

**GORDON REES SCULLY MANSUKHANI, LLP**
300 South Fourth Street, Suite 1550
Las Vegas, NV 89101

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DALEASE BROWN, an individual,

Plaintiff,

v.

HELP OF SOUTHERN NEVADA, a Nevada corporation,

Defendant.

Case No.: 2:26-CV-00697-JAD-DJA

**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT [ECF NO 1]**

Pursuant to Local Rule 7-1, Plaintiff DALEASE BROWN, by and through her counsel MICHAEL A. BURNETTE, ESQ. of the law firm GREENBERG GROSS and Defendant HELP OF SOUTHERN NEVADA, by and through their counsel CHEYENNE A. KIDD, ESQ. of the law firm GORDON REES SCULLY MANSUKHANI, LLP, stipulate as follows:

1. Plaintiff filed their Complaint on March 10, 2026 [ECF No. 1].

2. Defendant was served with the Summons and Complaint on May 13, 2026 [ECF Nos 8 and 10].

3. Defendant's recently retained counsel and a short extension is necessary to allow Defendant's counsel to obtain the file and investigate the allegations in the Complaint before responding.

4. Plaintiff has no objection to the extension.

5. Therefore, the parties agree that Defendant's response to the Complaint is now due on or before September 23, 2026.

Dated this 23 day of September 2026.

**GREENBERG GROSS LLP**

/s/ Michael A. Burnette (w/permission)

JEMMA E. DUNN
Nevada Bar No. 16229
MATTHEW T. HALE
Nevada Bar No. 16880
MICHAEL A. BURNETTE
Nevada Bar No. 16210
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135

***Attorneys for Plaintiff***
***DALEASE BROWN***

Dated this 23 day of September 2026.

**GORDON REES SCULLY MANSUKHANI, LLP**

/s/ Cheyenne A. Kidd

MICHAEL R. AYERS, ESQ.
Nevada Bar No. 10851
CHRISTOPHER LUND, ESQ.
Nevada Bar No. 12435
CHEYENNE A. KIDD, ESQ.
Nevada Bar No. 16559
300 South Fourth Street, Suite 1550
Las Vegas, Nevada 89101

***Attorneys for Defendant***
***HELP OF SOUTHERN NEVADA***

**ORDER**

The Court notes that the parties' stipulation fails to comply with the Local Rules. Under LR IA 6-1(a), a stipulation seeking to extend time must "inform the Court of all previous extensions." The parties must also indicate whether it is the first, second, third, etc., requested extension, immediately below the title of the stipulation. (*Id*.) The parties do not state which request this is and do not indicate such below the title of their stipulation. Moreover, the parties filed this request after the subject deadline, and therefore must demonstrate that this delay was the result of excusable neglect. (*See Id*.). Nonetheless, the Court GRANTS the parties' stipulation. Going forward, the parties must comply with the Local Rules when requesting extensions of time.

IT IS SO ORDERED.

DATED: September 24, 2026

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE



GORDON REES SCULLY MANSUKHANI, LLP
300 South Fourth Street, Suite 1550
Las Vegas, NV 89101

**GORDON REES SCULLY MANSUKHANI, LLP**
300 South Fourth Street, Suite 1550
Las Vegas, NV 89101

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 23, 2026, a true and correct copy of the foregoing STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT [ECF NO 1] was electronically filed with the Clerk of the Court using the CM/ECF system, which will provide notice to all counsel of record:

JEMMA E. DUNN
Nevada Bar No. 16229
MATTHEW T. HALE
Nevada Bar No. 16880
MICHAEL A. BURNETTE
Nevada Bar No. 16210
**GREENBERG GROSS LLP**
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135
*JDunn@GGTrialLaw.com*
*MHale@GGTrialLaw.com*
*MBurnette@GGTrialLaw.com*

*Attorneys for Plaintiff*
*Dalease Brown*

*/s/ Tammy Kassen*_
An Employee of GORDON REES
SCULLY MANSUKHANI, LLP