**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Dalease Brown,

Plaintiff,

v.

Help of Southern Nevada,

Defendant.

Case No.: 2:26-cv-00697-JAD-DJA

**Order**

Due to conflicting duties of the Court, the early neutral evaluation currently set for December 23, 2026, is **ADVANCED** to 1:30 p.m. on December 21, 2026. The parties' joint futility statement must be filed no later than December 7, 2026, and the parties' ENE statements must be submitted no later than 3:00 p.m. on December 14, 2026. All other aspects of the Court's order at Docket No. 15 continue to govern.

IT IS SO ORDERED.

Dated: November 23, 2026.

NANCY J. KOPPE
United States Magistrate Judge